UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIE RANDLE,

   Plaintiff,     No. 2:17-cv-1700 KJN P

vs.

SOCRA ELIZARRARAS, et al.,

   Defendants.   **ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM**
       /

  Willie D. Randle, inmate #D-89098, a necessary and material witness in proceedings in this case on April 3, 2018, is confined in R.J. Donovan Correctional Facility, in the custody of the Warden; in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before the Honorable Kendall J. Newman, to appear by video-conferencing at R. J. Donovan Correctional Facility, April 3, 2018, at 9:00 a.m.

  ACCORDINGLY, IT IS ORDERED that:

  1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify by video-conferencing before the United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court;

  2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ; and

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: The Warden of R.J. Donovan Correctional Facility, 480 Alta Road, San Diego, CA 92179:**

  **WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above by video-conferencing, and from day to day until completion of the proceedings or as ordered by the court.

  **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

Dated: January 10, 2018

                _____
                KENDALL J. NEWMAN
                UNITED STATES MAGISTRATE JUDGE

/rand1700.841.vc